894

No. 99–5244. HATHAWAY ET UX. v. ESSEX COUNTY, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied. 

No. 99–5245. WRIGHT v. UNIVERSAL MORTGAGE CORP. App. Ct. Ill., 2d Dist. Certiorari denied. 

No. 99–5246. HOUSE v. NEW MEXICO. Sup. Ct. N. M. Certiorari denied. 

No. 99–5247. HOWINGTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 99–5248. WHITE v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 99–5249. VALENCIA-GONZALES v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 99–5250. HAFEMEISTER v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 99–5251. DAVIDSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 99–5252. BURNETT v. ROE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 99–5254. RATHFON v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied. 

No. 99–5255. RAMSEY v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 99–5256. SAMPLES v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 99–5257. OWENS v. UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 99–5261. MAKOKA v. TENNESSEE DEPARTMENT OF HUMAN SERVICES ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–5262. LOCKLEAR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.